IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Beverly Ahnert, individually and as Executrix of the Estate of Daniel Ahnert, Deceased,<br><br>     Plaintiff,<br><br>v.<br><br>Brand Insulations Inc., et al.,<br><br>     Defendants. | Case No. 2:13-cv-1456 |

**Plaintiff's Notice of Voluntary Dismissal
of Defendant Metropolitan Life Insurance Company**

_____

  Now comes the plaintiff, who, pursuant to Rule 41(A)(1) of the Federal Rules of Civil Procedure, hereby files her Notice of Voluntary Dismissal of Metropolitan Life Insurance Company[1]. Defendant Metropolitan Life Insurance Company is hereby DISMISSED.

Respectfully submitted,

Dated: February 11, 2014

s/ Michael P. Cascino
One of Plaintiff's Attorneys

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
E-mail: mcascino@cvlo.com

---

[1] Metropolitan Life Insurance Company has not appeared or answered in this matter.