UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

BEVERLY AHNERT
Individually and as Executrix of the
Estate of Daniel Ahnert, Deceased,

        Plaintiff,

        v.                        Case No. 13-C-1456

BRAND INSULATION INC.,
BUILDING SERVICES INDUSTRIAL SUPPLY INC.,
CBS CORPORATION,
EMPLOYERS INSURANCE COMPANY OF WAUSAU,
FOSTER WHEELER LLC,
GENERAL ELECTRIC COMPANY,
L & S INSULATION COMPANY INC.,
OWENS-ILLINOIS INC.,
PABST BREWING COMPANY,
SPRINKMANN SONS CORPORATION,
WISCONSIN ELECTRIC POWER COMPANY,
MERCO-THERMOTEC INC.,

        Defendants.

NOTICE OF TELEPHONIC SCHEDULING CONFERENCE

A Rule 16 telephonic scheduling conference in the above-referenced matter has been set for **Tuesday, June 3, 2014, at 2:00 p.m.** Counsel with primary responsibility and authority to settle this case shall appear and be prepared to address any pending motions.

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the parties must, as soon as practicable, meet to discuss the nature and basis of their claims and defenses, the possibilities for a prompt resolution of this case, and to arrange for the initial disclosures required by Rule 26(a)(1) and a proposed discovery plan.

On or before **May 27, 2014**, the parties shall submit a joint written report outlining their discovery plan. Plaintiff's counsel bears the burden of filing the report with a copy to

opposing counsel. If plaintiff is appearing pro se, defendant's counsel shall file the report. Parties unable to agree on the terms of a joint report shall file separate reports.

In addition to the discovery plan, the report shall include the following:

1. A brief statement of the nature of the case;

2. Whether the pleadings will be amended;

3. Whether parties will be joined;

4. The nature of discovery contemplated by each party and the amount of time it may take to complete discovery;

5. Motions contemplated;

6. The estimated trial length;

7. Whether a jury trial is requested;

8. Whether the parties consent to mediation;

9. Such other matters that affect scheduling for final disposition;

10. The name of counsel who will arrange the joint telephone conference and any instructions the parties and court should need, such as any call-in number and conference code in multi-party cases; and

11. A statement indicating that the parties have conferred regarding each of the above matters.

Failure on the part of counsel to participate knowledgeably in this conference may result in sanctions.

If the parties would like to proceed to mediation prior to the Rule 16 conference, please contact the court immediately to make arrangements.

Plaintiff's counsel is responsible for arranging the telephone conference call for all parties and the court. If counsel's office will be placing the conference call to the court, counsel should telephone court staff in advance for the courtroom telephone number and specific instructions.

If any attorney or pro se party has a conflict with the date and time of this scheduling conference and wishes to reschedule, that person must promptly call chambers with all other counsel or pro se parties on the line to secure a new date and time.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 3rd day of March, 2014.

BY THE COURT

/s/ C.N. Clevert, Jr.
C.N. CLEVERT, JR.
U.S. DISTRICT JUDGE
