UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BEVERLY AHNERT, Individually and
as Executrix of the Estate of Daniel      Case No: 13-C-1456
Ahnert, Deceased,
    Plaintiff,
v.
BRAND INSULATION INC et al.,
    Defendants.

Plaintiff's Statement of Expert Witnesses 8/15/2014

Plaintiff identifies the following expert witnesses. Their reports and Rule 26(a)(2)(B) disclosures will be filed pursuant to scheduling order. Plaintiff reserves the right to identify additional expert witnesses in rebuttal or for other good cause.

1. <u>Retained Experts:</u>
   a. Henry A. Anderson, MD
   b. Brent Staggs, MD
   c. Steven E. Haber, MD
   d. Gobbell Hays Partners, Inc. (Kenneth S. Garza and Stephen Kenoyer)
   e. Arnold Brody
   f. Joseph Ferriter
   g. William LaPointe

2. <u>Non-retained Experts:</u>
   a. Vernon G. Ellis, MD
   b. John T. Pender, MD

Date: August 15, 2014

Prepared by:

  /s/ Robert G. McCoy
Atorney for plaintiff
Robert G. McCoy
Cascino Vaughan Law Offices Ltd.
220 S. Ashland Avenue
Chicago IL 60607
312-944-0600
bmccoy@cvlo.com